McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:17-CR-00100-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| GARY GENE BISHOP, | |
| Defendant. | |

WHEREAS, on July 11, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Gary Gene Bishop in the following property:

   a. Hewlett Packard Pavilion Desktop Computer, and all data and content stored thereon, seized from defendant by law enforcement on or about August 30, 2016;

   b. Seagate Barracuda 2TB external hard drive, and all data and content stored thereon, seized from defendant by law enforcement on or about August 30, 2016;

   c. Western Digital 1TB external hard drive, and all data and content stored thereon, seized from defendant by law enforcement on or about August 30, 2016; and

FINAL ORDER OF FORFEITURE         1

    d. Computers, cellular phones, SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct, and all data and content stored thereon, seized from defendant by law enforcement on or about August 30, 2016.

  AND WHEREAS, beginning on July 13, 2018, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Gary Gene Bishop.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **October 4, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE