MCGREGOR W. SCOTT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY GENE BISHOP,<br><br>Defendant and Judgment Debtor. | CASE NO. 1:17-CR-00100-DAD<br><br>STIPULATION AND ORDER FOR GARNISHMENT OF RETIREMENT FUNDS<br><br>[No Hearing Requested] |
| AIG RETIREMENT SERVICES, as Successor in Interest to VARIABLE ANNUITY LIFE INSURANCE COMPANY (VALIC); and VARIABLE ANNUITY LIFE INSURANCE COMPANY, collectively "AIG", (And its Successors and Assignees)<br><br>Garnishee. | |

The parties, the United States of America ("United States") and the defendant/judgment debtor, Gary Gene Bishop ("Mr. Bishop"), agree and stipulate as follows:

1. On September 24, 2018, Mr. Bishop was sentenced in case number 1:17-cr-00100-DAD, and in the Third Amended Judgment filed on May 10, 2019, Mr. Bishop was ordered to pay a statutory assessment of $100.00, a Justice for Victims of Trafficking Act assessment of $5,000.00 and $4,000.00 in restitution. As of August 9, 2019, the balance owing on the judgment is $9,025.00.

2. The United States seeks to enforce the criminal monetary penalties the Court imposed against Mr. Bishop in the underlying criminal case referenced above. A writ of garnishment is an

STIPULATION FOR ORDER OF GARNISHMENT     1

1  authorized remedy under the Federal Debt Collection Procedures Act ("FDCPA") to recover a judgment
2  on a debt. *See* 28 U.S.C. § 3001(a)(1).
3     3.     AIG has in its possession, custody, and control, property of Mr. Bishop, *to wit*, a Valic
4  retirement account ending in #5893 ("Valic Account") with an estimated balance of $20,573.00. Mr.
5  Bishop's social security number is ***-**-4339.
6     4.     In order to satisfy the assessments and restitution in full, the parties stipulate that the
7  Court issue an order directing AIG to pay $9,025.00 of Bishop's Valic Account to the Clerk of the
8  Court to be applied towards the assessments and restitution.
9     5.     Mr. Bishop agrees that $9,025.00 of the funds currently held in the Valic Account shall
10 be paid and sent to the Clerk of the Court to be applied to the balance due on the judgment.
11    6.     Mr. Bishop waives the right to elect an exemption pursuant to Section 3014 of the
12 Federal Debt Collection Procedures Act of 1990 (28 U.S.C. § 3014), to the $9,025.00 in funds currently
13 held in the Valic Account.
14    7.     Mr. Bishop waives service of an Application for Writ of Garnishment pursuant to Section
15 3205 of the Federal Debt Collection Procedures Act of 1990 (28 U.S.C. § 3205), and further waivers the
16 right to a hearing under § 3205 and any other process to which Mr. Bishop may be entitled under the
17 Federal Debt Collection Procedures Act of 1990.
18    8.     The parties agree and stipulate to the entry of a Final Order of Garnishment against the
19 Valic Account. It is expressly agreed and stipulated by the parties that AIG shall pay, to the Clerk of the
20 Court for the Eastern District of California, $9,025.00 from Mr. Bishop's Valic Account.
21    9.     A check should be made payable and mailed to:

> United States District Court
> Clerk of the Court
> 501 I Street, Suite 4-200
> Sacramento, California 95814

25    10.    Mr. Bishop has been told and understands that entering into this voluntary Stipulated
26 Garnishment will not remove his name from being on the Treasury Offset Program, in the event the
27 funds in the Valic Account are insufficient to satisfy restitution in full.
28    11.    Tamie Cummins, counsel for Mr. Bishop's estranged spouse, Kimber Bishop ("Ms.

Bishop"), represents that Ms. Bishop has a community property interest in Mr. Bishop's Valic Account. Ms. Bishop, after consulting with her counsel, waives her interest to Mr. Bishop's Valic Account.

12. If approved by this Court, AIG is prepared to comply fully with the terms of this Garnishment Stipulation.

13. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: September 26, 2019     By:     /s/Robin Tubesing
                                      ROBIN TUBESING
                                      Assistant United States Attorney

FOR THE DEFENDANT:

Dated: September 9, 2019      By:     /s/Gary Gene Bishop
                                      GARY GENE BISHOP, in pro per

APPROVED AS TO FORM AND CONTENT:      LAW OFFICES OF BORTON PETRINI, LLP

Dated: September 18, 2019     By:     /s/Tamie Cummins
                                      TAMIE CUMMINS, Counsel for Kimber Bishop

STIPULATION FOR ORDER OF GARNISHMENT    3

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation and Order of Garnishment (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. AIG shall garnish Gary Gene Bishop's Valic account in the amount of $9,025.00 representing the judgment balance.

2. AIG shall pay $9,025.00, to the Clerk of the Court for the Eastern District of California, within twenty (20) days from service of this order.

3. AIG shall deliver a cashier's check, money order, or company draft in the amount of $9,025.00, made payable and mailed to United States District Court, Clerk of the Court, 501 I Street, Suite 4-200, Sacramento, California 95814. AIG shall state the case name and number (<u>U.S. v. Gary Gene Bishop</u>, Case No. 1:17-cr-00100-DAD) on the payment instrument and if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **September 26, 2019**

_____
UNITED STATES DISTRICT JUDGE